# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Greenville Division

IN RE:  
Cheyenne Dempsey Holmes  
7646 Springhill Church Road  
Lucama, NC 27851

CASE NO.: 16–02634–5–JNC

DATE FILED: May 17, 2016

CHAPTER: 13

ORDER OF DISMISSAL

The court finds that Cheyenne Dempsey Holmes has/have failed to comply with the provisions of the confirmed chapter 13 plan or to obtain confirmation of a plan. Cause exists to dismiss this case as to this debtor(s). Should Cheyenne Dempsey Holmes file another petition within one year, the automatic stay may be limited to 30 days or may not go into effect absent a motion and order imposing or extending the automatic stay. Now therefore,

IT IS ORDERED that this case is dismissed as to Cheyenne Dempsey Holmes and all funds held by the trustee shall be disbursed to the appropriate parties as required by the Bankruptcy Code, Federal Rules of Bankruptcy Procedure and the local rules of this court.

DATED: November 10, 2016

Joseph N. Callaway  
United States Bankruptcy Judge